UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2009 FEB 24  P 3: 10

U.S. ... ...
... CT

KAREN HEDMAN-OUELLETE,
Plaintiff,

v.                                              Civil No. 3:07-CV-1462 (PCD)

SOCIAL SECURITY ADMINISTRATION
MICHAEL J. ASTRUE, COMMISSIONER,
Defendant.

## RULING ACCEPTING AND ADOPTING RECOMMENDED RULING

Plaintiff's action seeks review and reversal of the decision of the Commissioner of Social Security ("SSA") denying Plaintiff Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI") disability benefits. The Commissioner denied Plaintiff's claim both initially and upon reconsideration. Plaintiff requested and was granted a hearing before Administrative Law Judge ("ALJ") Burlison, which resulted in a denial of benefits. The Appeals Council vacated and remanded the case on September 1, 2005. A second ALJ hearing was held on November 16, 2005. ALJ Burlison again denied Plaintiff's claim. The Appeals Council then denied plaintiff's second request for review. Plaintiff subsequently filed this complaint and sought reversal of the Commissioner's final decision. A motion to affirm that decision was filed by Defendant.

Both motions were referred to Magistrate Judge Joan Glazer Margolis for consideration and ruling. Her decision was rendered on January 30, 2009. Defendant filed notice that it does not oppose the recommended ruling. [Doc. No. 28] The ruling is therefore properly to be accepted and adopted.

Notwithstanding the lack of objection, the ruling of the Magistrate Judge has been reviewed. The Magistrate Judge's ruling fully, thoroughly and carefully reviewed the

administrative record and properly found that the ruling of the ALJ was erroneous.

Accordingly, the ruling of the Magistrate Judge [Doc. No. 27] is **accepted and adopted**. The Motion to Reverse the Decision of the Commissioner [Doc. No. 20] is **granted**. The Motion to Affirm the Decision of the Commissioner [Doc. No. 24] is **denied**. Judgment shall enter accordingly.

SO ORDERED.

Dated at New Haven, Connecticut, this 23rd day of February, 2009.

/s/ Peter C. Dorsey, SUSDJ
_____
Peter C. Dorsey
United States District Judge